Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov — For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov — For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov — For Riverside criminal duty.

**FILED**
CLERK, U.S. DISTRICT COURT
02/11/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Linares Eric, DEFENDANT
USMS# _____

CASE NUMBER: 5:22-mj-00088   19-cr-02302-bas-1

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/11/2022 at 8:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 02/11/2022 at 8:00 ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☒ No

4. Charges under which defendant has been booked:
   18 usc 3583

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☐ Yes  Language: _____

7. Year of Birth: 1996

8. Defendant has retained counsel: ☐ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: duty officer

10. Remarks (if any): _____

11. Name: Cesar Perez (please print)

12. Office Phone Number: 951.276.6120

13. Agency: USMS

14. Signature: *Cesar Perez*

15. Date: 02/11/2022

CR-64 (09/20)   REPORT COMMENCING CRIMINAL ACTION